```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 20468
  TRACY JOHNSON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
  SSN XXX-XX-2223


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/01/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 02/01/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
BELL WEST CU               SECURED NOT I       59.77           .00            .00
BELL WEST CU               UNSECURED         1759.21           .00            .00
GMAC MORTGAGE CORPORATIO   CURRENT MORTG         .00           .00            .00
NISSAN MOTOR ACCEPTANCE    SECURED NOT I    30192.28           .00            .00
NISSAN MOTOR ACCEPTANCE    UNSECURED        NOT FILED          .00            .00
BELL WEST COMMUNITY C U    NOTICE ONLY      NOT FILED          .00            .00
BELL WEST CU               UNSECURED        NOT FILED          .00            .00
CHASE                      UNSECURED        NOT FILED          .00            .00
DELL FINANCIAL SERVICES    UNSECURED        NOT FILED          .00            .00
COUNTRYWIDE HOME LOANS     SECURED NOT I         .00           .00            .00
COUNTRYWIDE HOME LOANS     SECURED NOT I     2865.35           .00            .00
GMAC MORTGAGE CORPORATIO   SECURED NOT I     4804.51           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,481.50                          .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                       --------------        --------------
TOTALS                      .00                  .00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 20468 TRACY JOHNSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE